UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALEX RODOLAKIS
    Plaintiff

V.

SAFETY INSURANCE, CO., ET AL        CIVIL ACTION: 17CV12080-RWZ
    Defendant

JUDGMENT

ZOBEL, D.J.                                   August 20, 2018

     In accordance with the Memorandum of Decision dated 8/17/18; Judgment is entered DISMISSING the complaint.

                                           By the Court,

                                           _s/ Lisa A. Urso
                                           Deputy Clerk